# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| YOLANDA WEALTHBERG, <br><br> Plaintiff, <br><br> V. <br><br> GE CREDIT UNION a/k/a GENERAL ELECTRIC EMPLOYEES FEDERAL CREDIT UNION and ELSIE VRABEL, <br><br> Defendant. | : CASE NO. 3:20-cv-01314-VAB <br> : <br> : <br> : <br> : <br> : <br> : JANUARY 7, 2020 <br> : |

## DECLARATION OF JAMIE RIVERA IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS

I, JAMIE RIVERA, declare as follows:

1. I am over the age of 18 and am competent to testify to the facts stated in this declaration. I have personal knowledge of the facts set forth in this declaration, and could testify competently to them if called upon to do so.

2. I am Manager of Lending at GE Credit Union, with a business address located at 265 Sub Way, Milford, Connecticut.

3. I reviewed the Affidavit of Plaintiff Yolanda Wealthberg in Opposition to Motion to Dismiss executed December 10, 2020. The statements attributed to me in Ms. Wealthberg's Affidavit are untrue. The last communication I had with Ms. Wealthberg was in January 2020.

4. I reviewed the two unsigned letters attached to the Declaration of William Whewell in Opposition to Motion to Dismiss executed December 8, 2020. I did not author or send the letters attached to Mr. Whewell's Declaration.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the above statements are true and accurate to the best of my knowledge.

Executed this 7th day of January, 2021 at Milford, Connecticut.

_____
Jamie Rivera