# EXHIBIT A

DATA FURNISHERS REPORTING AGREEMENT

51

## DATA FURNISHERS REPORTING AGREEMENT

This DATA FURNISHERS REPORTING AGREEMENT (this "Agreement") is made and entered into by and between Trans Union LLC ("TransUnion"), a limited liability company duly organized and existing under and by virtue of the laws of the State of Delaware and having offices at 555 W Adams, Chicago. Illinois 60661, and
GENERAL ELECTRO CREDIT UNION (hereinafter referred to as "Furnisher"), a corporation duly organized and existing under and by virtue of the laws of the State of OHIO with offices at 10485 READING ROAD CINCINNATI, OHIO 45241

1. PURPOSE OF AGREEMENT
    A  TransUnion is a "consumer reporting agency," as such term is defined by the Fair Credit Reporting Act, as amended by the Consumer Credit Reporting Reform Act of 1996, 15 USC 1681 ("the FCRA"), engaged in the business of furnishing consumer credit reports pursuant to Section 604 of the FCRA

2  SPECIFIC COMMITMENTS OF FURNISHER

52



G   Furnisher shall be liable for its own acts of negligence, and Furnisher shall hold TransUnion harmless and indemnify TransUnion for any loss, cost, expense or liability

5.3

(including attorneys fees) incurred by TransUnion as a result of Furnisher's negligence in the furnishing of data to TransUnion, Furnisher's failure to perform any of its obligations described in this Agreement, or Furnisher's failure to comply with the FCRA

3   SPECIFIC COMMITMENTS OF TRANS UNION

    A. TransUnion agrees that it will use commercially reasonable efforts to accurately process and incorporate into its databases the credit information furnished to it by Furnisher and which TransUnion selects for incorporation into its database. TransUnion will have complete discretion as to when and what data provided by Furnisher is included and maintained in its centralized databases, and when and what data is purged from its databases TransUnion may use data that Furnisher provides in TransUnion's credit reporting and ancillary businesses, to the fullest extent permitted by applicable law, including but not limited to those purposes set forth in the Fair Credit Reporting Act, and in Section 502(e) of the Gramm-Leach-Bliley Act and Reg P promulgated pursuant thereto (16 CFR 313 15)



    D   TransUnion shall use commercially reasonable efforts to promptly and accurately process and incorporate into its database any maintenance or consumer dispute verifications furnished to it by Furnisher, in accordance with the requirements of the FCRA or other applicable state or federal law In the event that TransUnion deems any maintenance or verification response of Furnisher to be incomplete, internally inconsistent, or otherwise inaccurate, TransUnion, in its sole discretion, may revise the item of information to conform with information supplied by the consumer, reject the maintenance or verification response and delete the information from its database, or make any other revisions that it deems necessary or appropriate

54



4  MISCELLANEOUS

55

[redacted]

H   Entire Agreement This Agreement states the entire understanding and agreement between the parties in respect of the provision of data by Furnisher to TransUnion, and supersedes all prior agreements, correspondence or discussions regarding the topic No modification, alteration or amendment of this Agreement shall be valid or effective unless reduced to writing and executed by both parties

[redacted]

J   Term. The term of this Agreement shall commence on the date hereof and shall remain in effect for one (1) year, and thereafter shall automatically renew for successive one (1) year terms, except that either party thereto may terminate this Agreement upon a prior thirty (30) day written notice to the other

**IN WITNESS WHEREOF**, the parties have caused this Agreement to be executed by their respective duly authorized officers on this 1st day of October, 2008

| Trans Union LLC | Furnisher General Electric Credit Union |
|---|---|
| By _Kevin J. Nelson_ | By _[signature]_ |
| Print Name Kevin J. Nelson | Print Name. PATRICK L. TAYLOR |
| Title VP Sales Development | Title. CHIEF EXECUTIVE OFFICER |
| Date 10-9-08 | Date. OCTOBER 1, 2008 |
| | MM/SS 2504 |

m:\legal\contract\service\standard\data furnisher with GLB usage-2-14-2005

5.6

## NOTICE TO FURNISHERS OF INFORMATION:
## OBLIGATIONS OF FURNISHERS UNDER THE FCRA



57



58



59

