## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT (NEW HAVEN)

| | |
|---|---|
| YOLANDA WEALTHBERG,<br>  Plaintiff, | CASE NO. 3:20-cv-01314-OAW |
| vs. | |
| GE CREDIT UNION a/k/a GENERAL ELECTRIC EMPLOYEES FEDERAL CREDIT UNION and ESLIE VRABEL,<br>  Defendants. | |
| GE CREDIT UNION a/k/a GENERAL ELECTRIC EMPLOYEES FEDERAL CREDIT UNION and ESLIE VRABEL,<br>  Third-Party Plaintiffs, | |
| vs. | |
| TRANS UNION, LLC,<br>  Third-Party Defendant. | |

### DECLARATION OF JARED D. BROWN IN SUPPORT OF THIRD-PARTY DEFENDANT TRANS UNION, LLC'S PARTIALLY UNCONTESTED MOTION TO STAY DISCOVERY, OR IN THE ALTERNATIVE, EXTEND DISCOVERY, PENDING RULING ON ITS MOTION TO DISMISS

I, Jared D. Brown, hereby declare under the penalty of perjury under the laws of the United States of America that the following is true and correct:

1. I am over the age of 18, have personal knowledge of the facts set forth in this Declaration, and could testify competently to them if called upon to do so.

2. On June 30, 2022, counsel for Trans Union conferred with counsel for all parties regarding the requested stay of discovery.

3. On June 30, 2022, counsel for Third-Party Plaintiffs GE Credit Union and Elsie Vrabel informed counsel for Trans Union that they object to the requested stay of discovery.

4. On July 1, 2020, counsel for Plaintiff Yolonda Weathberg informed counsel for Trans Union that Plaintiff did not consent but will not oppose the requested stay.

5. On August 11, 2022, counsel for Trans Union conferred again with counsel for Third Party Plaintiffs GE Credit Union and Elsie Vrabel, who indicated this time that they stood by their opposition to the requested stay but are now amenable to Trans Union's alternative request to extending discovery and remaining case deadlines.

6. On August 11, 2022, counsel for Trans Union conferred again with counsel for Plaintiff Yolonda Wealthberg, who reiterated to counsel for Trans Union that Plaintiff did not consent to but would not oppose the requested stay or extension.

I AFFIRM UNDER THE PENALTIES FOR PERJURY THAT THE FOREGOING REPRESENTATIONS ARE TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

Dated: August 11, 2022

/s/ Jared Brown

Jared D. Brown

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **11th day of August, 2022**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| | |
|---|---|
| Brian L. Grossman, Esq.<br>bgrossman@rsf-llp.com | Stefan Savic, Esq.<br>ssavic@rsf-llp.com |
| Aubrey E. Blatchley, Esq.<br>ablatchley@grsm.com | Justyn P. Stokely, Esq.<br>jstokely@mccarter.com |
| Thomas C. Blatchley, Esq.<br>tblatchley@gordonrees.com | John R. Williams, Esq.<br>jrw@johnrwilliams.com |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **11th day of August, 2022**, properly addressed as follows:

| | |
|---|---|
| None. | |

_____
Jared D. Brown, Esq. (phv20587)
 (admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  (317) 363-2400, Ext. 114
Fax:  (317) 363-2257
E-Mail:  jbrown@schuckitlaw.com

*Lead Counsel for Third Party Defendant*
*Trans Union, LLC*