# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| YOLANDA WEALTHBERG, | : CASE NO. 3:20-cv-01314-VAB |
| Plaintiff, | : |
| v. | : |
| GE CREDIT UNION a/k/a GENERAL ELECTRIC EMPLOYEES FEDERAL CREDIT UNION and ELSIE VRABEL, | : MAY 11, 2023 |
| Defendant. | : |

## JOINT MOTION FOR EXTENSION OF ADMINISTRATIVE CLOSURE DEADLINE

Defendants/Third-Party Plaintiffs GE Credit Union f/k/a General Electric Employees Federal Credit Union and Elsie Vrabel, Plaintiff Yolanda Wealthberg and Third-Party Defendant Trans Union, LLC (collectively, the "Parties") hereby jointly move this Court to extend the deadline for the Clerk to administratively close the case up to and including June 12, 2023.

1. The Parties participated in a continued mediation on December 21, 2022, during which an agreement in principle was reached to resolve the above captioned action.

2. On December 22, 2022, the Court issued an order the case hereby is closed administratively and without prejudice. (ECF No. 97).

3. The Parties have previously requested extensions of time to complete the settlement, which the Court granted.

4. The Parties participated in a status conference with Judge Vatti on March 16, 2023 to discuss the settlement and settlement agreement status.

5. Counsel for Wealthberg, GECU and Vrabel have worked diligently to finalize the terms of their settlement agreements, however, as of this date, the Parties are continuing to exchange drafts and no final agreements have been executed.

6. On April 26, 2023, counsel for Wealthberg, GECU and Vrabel requested a conference with Judge Vatti to resolve two settlement agreement issues.

6. The conference occurred and narrowed the issues but limited issues remain outstanding and, therefore, a hearing with Judge Vatti is scheduled for May 12, 2023. The parties anticipate this will be the last conference and will resolve all outstanding disputes.

7. Accordingly, good cause exists to extend the deadline for the Clerk to administratively close the case up to and including May 12, 2023, to permit the Parties to confer with Judge Vatti, finalize the terms of the settlement agreement and perform the actions necessary to resolve the matters.

8. In accordance with D. Conn. L. R. 7, counsel have conferred regarding this request. Counsel for the Parties consent to the proposed request and jointly file this motion.

WHEREFORE, the Parties respectfully request that the Court grant this joint motion to extend the deadline for the Clerk to administratively close the case up to and including June 12, 2023.

| | |
|---|---|
| PLAINTIFF,<br>YOLANDA WEALTHBERG<br><br>By  /s/ William J. Whewel<br>    William J. Whewell<br>    WILLIAM J. WHEWELL, LLC<br>    20 Kings College Place<br>    Stratford, Connecticut 06615<br>    Telephone:(203) 442-9663<br>    Facsimile: (203) 442-9683<br>    will@whewell-law.com | THE DEFENDANTS/THIRD PARTY<br>PLAINTIFFS,<br>GE CREDIT UNION F/K/A GENERAL<br>ELECTRIC EMPLOYEES FEDERAL<br>CREDIT UNION and ELSIE VRABEL<br><br>By  /s/ Thomas C. Blatchley<br>    Thomas C. Blatchley<br>    Aubrey E. Blatchley<br>    Gordon & Rees Scully Mansukhani, LLP<br>    95 Glastonbury Boulevard, Suite 206<br>    Glastonbury, CT 06033<br>    Phone: 860-494-7525<br>    Fax: 860-560-0185<br>    Email: tblatchley@grsm.com<br>    Email: ablatchley@grsm.com |
| | THIRD-PARTY DEFENDANT,<br>TRANS UNION, LLC<br><br>By  /s/ Timothy J. Lee, Esq.<br>    Timothy J. Lee, Esq.<br>    Fasano, Ippolito, Lee & Florentine, LLC<br>    388 Orange Street<br>    New Haven, CT 06511<br>    Telephone: (203) 787-6555<br>    Fax: (203) 776-2119<br>    E-Mail: tlee@fillaw.com |

## **CERTIFICATION**

     I hereby certify that on this 11th day of May, 2023, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filings. Parties may access this filing through the Court's CM/ECF System.

                                                 */s/ Thomas C. Blatchley*
                                                 Thomas C. Blatchley