## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT (NEW HAVEN)

---

YOLANDA WEALTHBERG,                                   CASE NO. 3:20-cv-01314-OAW
        Plaintiff,

vs.

GE CREDIT UNION a/k/a GENERAL
ELECTRIC EMPLOYEES FEDERAL
CREDIT UNION and ELSIE VRABEL,
        Defendants.

---

GE CREDIT UNION a/k/a GENERAL
ELECTRIC EMPLOYEES FEDERAL
CREDIT UNION and ELSIE VRABEL,
        Third Party Plaintiffs,

vs.

TRANS UNION, LLC,                                     May 23, 2023
        Third Party Defendant.

---

## MOTION TO WITHDRAW *PRO HAC VICE*
## ADMISSION OF JARED D. BROWN

---

      Comes now counsel for Third Party Defendant Trans Union, LLC, and hereby requests that the Court withdraw Jared D. Brown's *pro hac vice* admission for Third Party Defendant Trans Union, LLC as he is no longer employed with Schuckit & Associates, P.C.  Trans Union, LLC will continue to be represented in this matter by undersigned counsel.

Respectfully submitted,

_____/s/_____
Timothy J. Lee, Esq.  (CT 15118)
Fasano, Ippolito & Lee, LLC
388 Orange Street
New Haven, CT  06511
Telephone:  (203) 787-6555
Fax:  (203) 776-2119
E-Mail:  tlee@fillaw.com

*Counsel for Third Party Defendant Trans Union, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **24th day of May, 2023**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| Brian L. Grossman, Esq. bgrossman@rsf-llp.com | Stefan Savic, Esq. ssavic@rsf-llp.com |
|---|---|
| Aubrey E. Blatchley, Esq. ablatchley@grsm.com | Justyn P. Stokely, Esq. jstokely@mccarter.com |
| Thomas C. Blatchley, Esq. tblatchley@gordonrees.com | John R. Williams, Esq. jrw@johnrwilliams.com |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **24th day of May, 2023**, properly addressed as follows:

| None. | |
|---|---|

                                             */s/*
Timothy J. Lee, Esq. (CT 15118)
Fasano, Ippolito & Lee, LLC
388 Orange Street
New Haven, CT  06511
Telephone: (203) 787-6555
Fax: (203) 776-2119
E-Mail: tlee@fillaw.com

*Counsel for Third Party Defendant Trans Union, LLC*