### UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT (NEW HAVEN)

---

| | |
|---|---|
| YOLANDA WEALTHBERG,<br>      Plaintiff, | CASE NO. 3:20-cv-01314-OAW |
| vs. | |
| GE CREDIT UNION a/k/a GENERAL ELECTRIC EMPLOYEES FEDERAL CREDIT UNION and ELSIE VRABEL,<br>      Defendants. | |
| _____ | |
| GE CREDIT UNION a/k/a GENERAL ELECTRIC EMPLOYEES FEDERAL CREDIT UNION and ELSIE VRABEL,<br>      Third Party Plaintiffs, | |
| vs. | |
| TRANS UNION, LLC,<br>      Third Party Defendant. | May 30, 2023 |

---

### MOTION TO WITHDRAW *PRO HAC VICE* ADMISSION OF JARED D. BROWN

---

Comes now counsel for Third Party Defendant Trans Union, LLC, and hereby requests that the Court withdraw Jared D. Brown's *pro hac vice* admission for Third Party Defendant Trans Union, LLC as he is no longer employed with Schuckit & Associates, P.C. This motion is being served on Trans Union, LLC as reflected in the Certificate of Service below, pursuant to Local Rule 7(e). Trans Union, LLC will continue to be represented in this matter by undersigned counsel.

Respectfully submitted,

/s/
Timothy J. Lee, Esq.  (CT 15118)
Fasano, Ippolito & Lee, LLC
388 Orange Street
New Haven, CT  06511
Telephone:  (203) 787-6555
Fax:  (203) 776-2119
E-Mail:  tlee@fillaw.com

*Counsel for Third Party Defendant Trans Union, LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the ___**31st**____ day of May, 2023. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| | |
|---|---|
| Brian L. Grossman, Esq. bgrossman@rsf-llp.com | Stefan Savic, Esq. ssavic@rsf-llp.com |
| Aubrey E. Blatchley, Esq. ablatchley@grsm.com | Justyn P. Stokely, Esq. jstokely@mccarter.com |
| Thomas C. Blatchley, Esq. tblatchley@gordonrees.com | John R. Williams, Esq. jrw@johnrwilliams.com |

The undersigned further certifies that a true copy of the foregoing was served on the following party, on the ___**31st**_____ day of May, 2023, properly addressed as follows:

| | |
|---|---|
| Laura A. Rang, Esq. Laura.rang@transunion.com | |

>                   */s/*
> Timothy J. Lee, Esq. (CT 15118)
> Fasano, Ippolito & Lee, LLC
> 388 Orange Street
> New Haven, CT 06511
> Telephone: (203) 787-6555
> Fax: (203) 776-2119
> E-Mail: tlee@fillaw.com
>
> *Counsel for Third Party Defendant Trans Union, LLC*